UNITED STATES, Appellee

v

JOHN E. SAVOY, JR., Airman Third Class,
U. S. Air Force, Appellant

13 USCMA 419, 32 CMR 419

*Colonel Joseph E. Krysakowski* and *Major Charles K. Rush* for Appellant, Accused.

*Lieutenant Colonel Emanuel Lewis* was on the brief for Appellee, United States.

## Opinion of the Court

KILDAY, Judge:

Tried by general court-martial, accused pleaded guilty to false swearing, in violation of Article 134, Uniform Code of Military Justice, 10 USC § 934, and other offenses. He was duly convicted and sentenced, and intermediate appellate authorities thereafter affirmed. We granted his petition for review in order to consider the same issue raised in United States v Whitaker, 13 USCMA 341, 32 CMR 341.

Our decision in the last mentioned case is dispositive of the question here involved.

The decision of the board of review, therefore, is affirmed.

Chief Judge QUINN concurs.

FERGUSON, Judge (dissenting):

For the reasons set forth in my separate opinion in United States v Whitaker, 13 USCMA 341, 32 CMR 341, I would reverse the decision of the board of review, and order the charge of false swearing dismissed.